■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH LOWEN, Appellant.— Appeal (1) from a judgment rendered by the County Court, Nassau County, sentencing appellant, after he had been found guilty of burglary in the third degree and grand larceny in the second degree, to serve from 2½ to 5 years on the burglary count and from 1 to 2 years on the grand larceny count, the terms to run concurrently, and (2) from each and every intermediate order therein made. Judgment unanimously affirmed. No opinion. No separate appeal lies from the intermediate orders, which have been reviewed on the appeal from the judgment of conviction. Present — Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY MARGOLIS, Appellant.— Appeal from a judgment rendered by the Court of Special Sessions of the City of New York, Kings County, sentencing appellant, after he had been found guilty of petit larceny, to serve 60 days. Judgment unanimously affirmed. No opinion. Present — Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ.

## (January 21, 1960)

■ In the Matter of ALBERT MARTIN COHEN, an Attorney, Respondent. DENIS M. HURLEY, Petitioner.— Motion to stay the operation of order entered December 31, 1959 pending appeal to the Court of Appeals granted on condition that respondent be ready to argue or submit the appeal at the next term of the Court of Appeals. This court hereby certifies that a constitutional question is directly involved and, therefore, no undertaking is required as a condition to the granting of this stay (cf. Civ. Prac. Act, §§ 598-a, 593). Present — Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ.

## (January 25, 1960)

■ FRIEDA L. ABBEY, Respondent, v. AARON H. TRYNIN, Appellant.— Motion for reargument denied, without costs. Present — Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ.

■ HERBERT BOWLES, Respondent, v. SAMUEL WALDER, Appellant.— Motion by respondent for reargument denied, without costs. Respondent's time to stipulate pursuant to the decision handed down December 31, 1959 (9 A D 2d 942) extended until 10 days after the entry of the order hereon. Present — Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ.

■ BUDGET CREDIT, INC., Appellant, v. AURELIA WALKER et al., Respondents.— Motion for leave to appeal to the Appellate Division granted. Present — Nolan, P. J., Kleinfeld, Christ and Brennan, JJ.; Pette, J., not voting.

■ EDWARD T. CROWE, as Executor of NORA G. HAGGERTY, Deceased, Appellant, v. HARRY L. SCHULMAN, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Nolan, P. J., Kleinfeld, Christ and Brennan, JJ.; Pette, J., not voting.

■ IRENE ELIAN et al., Respondents, v. JULES TECK, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Kleinfeld, Pette and Brennan, JJ.; Christ, J., not voting.

■ MICHAEL HERTZOFF, as Receiver of the Property of HAROLD L. GIVENS and Another, Respondent, v. DAVID ROGERS, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Nolan, P. J., Beldock, Christ and Brennan, JJ.; Pette, J., not voting.